# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

BOBBY NEIL MCFALLS                                                    PLAINTIFF

v.                                                            No. 2:05CV82-D-A

WARDEN TOMMY TAYLOR, ET AL.                                        DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the defendant

Bearry's March 1, 2006, motion for summary judgment, the defendant Epps' March 7, 2006,

motion to dismiss, and the defendants' Taylor and Collier's March 9, 2006, motion to dismiss are

hereby **GRANTED.**

As such, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim

upon which relief could be granted, counting as a "strike" under  28 U.S.C. §§ 1915 (e)(2)(B)(i)

and 1915(g).

**SO ORDERED,** this the 12th day of June, 2006.

 /s/ Glen H. Davidson
CHIEF JUDGE